IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL E. SCOTT WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 23-59-CFC |
| | ) |
| RICK JENSON et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___26th___ day of January, 2023, the court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $15,360. (D.I. 1)

2. The plaintiff shall pay the $402.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
Chief Judge